# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0361. JUSTIN HAWKINS v. KYYA GALVIN.

Justin Hawkins filed a discretionary application from the trial court's order denying his petition to hold Kyya Galvin in contempt of a custody order. The order was directly appealable pursuant to OCGA § 5-6-34 (a) (11). Accordingly, on May 2, 2024, we granted the application. See OCGA § 5-6-35 (j). In our order, we informed Hawkins that he would have ten days in which to file a notice of appeal. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). Hawkins filed his notice of appeal on June 25, 2024.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Hawkins filed his notice 54 days after this Court's order granting his application, the appeal is untimely. We thus lack jurisdiction over the appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/11/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*